# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO.)

### I.(a) PLAINTIFFS
KRISTEN HARRIS

### DEFENDANTS
STANDARD INSURANCE COMPANY AND HOMESTORE.COM, INC. GROUP LONG TERM DISABILITY PLAN

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF (EXCEPT IN U.S. PLAINTIFF CASES)
LOS ANGELES

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT (IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.
OREGON

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
KANTOR & KANTOR LLP
17216 Parthenia Street, Northridge, CA 91325 / (818) 886-2525

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN 'X' IN ONE BOX ONLY)
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For diversity cases only)

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
[X] Original Proceeding

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)
[X] 791 Empl.Ret. Inc. Security Act

## VI. CAUSE OF ACTION
29 U.S.C. § 1132 failure to pay plan benefits

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
JURY DEMAND: [ ] YES [X] NO

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
[X] SAN FRANCISCO/OAKLAND    [ ] SAN JOSE

DATE 10/15/07    SIGNATURE OF ATTORNEY OF RECORD