COPY

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN HARRIS, | **SUMMONS IN A CIVIL CASE** |
| PLAINTIFF, | CASE NUMBER: |
| V. | |
| STANDARD INSURANCE COMPANY AND HOMESTORE.COM, INC. GROUP LONG TERM DISABILITY INSURANCE PLAN | C 07 5330 |



TO: (Name and address of defendant)

STANDARD INSURANCE COMPANY
Agent for Service of Process:
CHARLOTTE RIDDLE, 15260 VENTURA BLVD STE 825, SHERMAN OAKS, CA 91403

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

GLENN R. KANTOR
KANTOR & KANTOR LLP
17216 PARTHENIA STREET
NORTHRIDGE CA 913250

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK                                                          DATE

(BY) DEPUTY CLERK