Glenn R. Kantor, Esq. State Bar No. 122643
 E-mail: gkantor@kantorlaw.net
KANTOR & KANTOR, LLP
17216 Parthenia Street
Northridge, CA 91325
(818) 886-2525 (TEL)
(818) 350-6272 (FAX)

Attorneys for Plaintiff,
**KRISTEN HARRIS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - San Francisco

KRISTEN HARRIS,

    Plaintiff,

VS.

STANDARD INSURANCE COMPANY; HOMESTORE.COM, INC. GROUP LONG TERM DISABILITY INSURANCE PLAN,

    Defendants.

CASE NO: C 07 5330

NOTICE OF INTERESTED PARTIES

    The undersigned, counsel of record for Plaintiff, Kristen Harris, certifies the following listed parties have a direct, pecuniary interest in the outcome of this case.

    These representations are made to enable the Court to evaluate possible disqualification or recusal.

The following is a list of the names of all such parties with their connection and interest herein:

1. Kristen Harris
2. Standard Insurance Company
2. Homestore.com, Inc. Group Long Term Disability Insurance Plan

DATED: October 16, 2007

KANTOR & KANTOR, LLP

Glenn R. Kantor
Attorneys for Plaintiff
Kristen Harris