Glenn R. Kantor, Esq. State Bar No. 122643
E-mail: gkantor@kantorlaw.net
KANTOR & KANTOR, LLP
17216 Parthenia Street
Northridge, CA 91325
(818) 886-2525 (TEL)
(818) 350-6272 (FAX)

Attorneys for Plaintiff,
**KRISTEN HARRIS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - San Francisco

| | |
|---|---|
| KRISTEN HARRIS, <br><br> Plaintiff, <br><br> VS. <br><br> STANDARD INSURANCE COMPANY; HOMESTORE.COM, INC. GROUP LONG TERM DISABILITY INSURANCE PLAN, <br><br> Defendants. | CASE NO: C 07-5330 JL <br><br> NOTICE OF CHANGE OF ADDRESS |

TO THE COURT AND THE PARTIES OF RECORD:

PLEASE TAKE NOTICE that counsel for Plaintiff, Kantor & Kantor, LLP, will be relocating offices to 19839 Nordhoff Street, Suite 1B, Northridge, California 91324, effective November 13, 2007. The telephone and fax numbers will remain the same.

Dated: November 8, 2007          Kantor & Kantor LLP

/s/Glenn R. Kantor
Attorneys for Plaintiff

1

**PROOF OF SERVICE**

STATE OF CALIFORNIA    )
                      )
COUNTY OF LOS ANGELES )

      I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 17216 Parthenia Street, Northridge, California 91325.

      On November 8, 2007, I served the foregoing document described as: NOTICE OF CHANGE OF ADDRESS on the interested parties in this action by serving a copy thereof in a sealed envelope addressed as follows:

Defense Counsel Not Yet Determined

[X]   (BY MAIL) I deposited such envelope in the mail at Northridge, California. The envelope was mailed with postage thereon fully prepaid.

[X]   As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Northridge, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   (BY FAX) I faxed such document to the facsimile number above following regular business practices.

[ ]   (BY PERSONAL SERVICE) I caused hand delivery of such envelopes to the office of the addressee so indicated.

[ ]   (STATE) I declare under penalty of perjury under the Laws of the State of California that the foregoing is true and correct.

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 8, 2007, at Northridge, California.

                        /s/ Denise Anderson
                        Denise Anderson