1  Shawn Hanson (State Bar No. 109321)
   shanson@jonesday.com
2  Katherine S. Ritchey (State Bar No. 178409)
   ksritchey@jonesday.com
3  Emily E. Booth (State Bar No. 248008)
   ebooth@jonesday.com
4  JONES DAY
   555 California Street, 26th Floor
5  San Francisco, CA 94104
   Telephone:  (415) 626-3939
6  Facsimile:  (415) 875-5700

7  Attorneys for Defendants
   STANDARD INSURANCE COMPANY
8

9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA
11

| 12 | **KRISTEN HARRIS,** | Case No. C 07 5330 |
|---|---|---|
| 13 | Plaintiff, | **STIPULATION TO EXTEND DEADLINE FOR STANDARD INSURANCE COMPANY'S RESPONSE TO COMPLAINT** |
| 14 | v. | |
| 15 | **STANDARD INSURANCE COMPANY; HOMESTORE.COM, INC. GROUP LONG TERM DISABILITY INSURANCE PLAN,** | Judge:  Magistrate Judge James Larson |
| 16 | | |
| 17 | | |
| 18 | Defendants. | |

WHEREAS, the Defendant Standard Insurance Company seeks to obtain additional time to prepare, file and serve its response to plaintiff's Complaint and no prior extensions have been obtained;

IT IS HEREBY STIPULATED by and between plaintiff and defendant through their respective counsel of record that the deadline for filing Defendant Standard Insurance Company's response to plaintiff's Complaint will be November 30, 2007.

IT IS SO STIPULATED.

SFI-573520v1

STIPULATION TO EXTEND DEADLINE TO
RESPOND TO COMPLAINT C 07 5330

| | |
|---|---|
| 1  Dated: November 14, 2007 | Respectfully submitted, |
| 2 | Jones Day |
| 4 | By: /s/ Katherine Ritchey |
| 5 | Katherine Ritchey |
| 6 | Counsel for Defendants<br>STANDARD INSURANCE COMPANY |
| 7  Dated: November 14, 2007 | Kantor & Kantor, LLP |
| 9 | By: /s/ Glenn R. Kantor |
| 10 | Glenn R. Kantor |
| 11 | Counsel for Plaintiff<br>KRISTEN HARRIS |

SFI-573520v1

- 2 -

STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT C 07 5330