1  Shawn Hanson (State Bar No. 109321)
   shanson@jonesday.com
2  Katherine S. Ritchey (State Bar No. 178409)
   ksritchey@jonesday.com
3  Emily E. Booth (State Bar No. 248008)
   ebooth@jonesday.com
4  JONES DAY
   555 California Street, 26th Floor
5  San Francisco, CA  94104
   Telephone:     (415) 626-3939
6  Facsimile:     (415) 875-5700

7  Attorneys for Defendant
   STANDARD INSURANCE COMPANY
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 | **KRISTEN HARRIS,** | **Case No. C 07 5330 JL** |

13 |         **Plaintiff,**   | **DEFENDANT STANDARD INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1** |

14 |         **v.**           |

15 | **STANDARD INSURANCE COMPANY; HOMESTORE.COM, INC. GROUP LONG TERM DISABILITY INSURANCE PLAN,** |

17

18 |         **Defendants.** |

19
       Pursuant to the Corporate Disclosure Statement provisions in Fed. R. Civ. P. 7.1 Standard
20
   Insurance Company makes the following disclosures:
21
       Standard Insurance Company is not a publicly traded corporation.  Standard Insurance
22
   Company is a wholly owned subsidiary of StanCorp Financial Group, Inc., which is a publicly
23
   traded corporation.  No other publicly held corporation or other publicly held entity has a direct
24
   financial interest in the outcome of the litigation.
25

26

27

28

SFI-574800v1

STANDARD'S CORP. DISCL. PER FRCP 7.1;
C 07 5330 JL

Dated: November 30, 2007

Respectfully submitted,

Jones Day

By: /s/ - Emily E. Booth
    Emily E. Booth

Counsel for Defendant
STANDARD INSURANCE COMPANY