1

2

3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

4    KRISTEN HARRIS

5            Plaintiff(s),                    No. 07-05330 JL

6        v.                                   NOTICE OF IMPENDING
                                              REASSIGNMENT TO A UNITED
7                                             STATES DISTRICT COURT JUDGE

8    STANDARD INSURANCE COMPANY

9            Defendant(s).
    _____/

10

11        The Clerk of this Court will now randomly reassign this case to a United States District

12   Judge because either:

13   **XX**    (1)    One or more of the parties has requested reassignment to a United States

14   District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

15            (2)    One or more of the parties has sought a kind of judicial action (e.g., a temporary

16   restraining order) that a United States Magistrate Judge may not take without the consent of

17   all parties, the necessary consents have not been secured, and time is of the essence.

18        The **CASE MANAGEMENT CONFERENCE** previously scheduled for January 23, 2008

19   at 10:30 a.m. on Magistrate Judge Larson's calendar will **NOT** be held.

20

21   Dated:  December 3, 2007

22

23

24                                          Richard W. Wieking, Clerk
                                            United States District Court
25                                          _____
                                            *Wings Hom*
26                                          By: Wings Hom, Deputy Clerk

27

28

reassig1.DCT                                        1