UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KRISTEN HARRIS

           Plaintiff(s),

v.

STANDARD INSURANCE COMPANY;
HOMESTORE.COM, INC. GROUP LONG
TERM DISABILITY INSURANCE PLAN

           Defendant(s).
_____/

CASE NO.  C 07-05330 JSW

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
      Non-binding Arbitration (ADR L.R. 4)
      Early Neutral Evaluation (ENE) (ADR L.R. 5)
      Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
appreciably more likely to meet their needs than any other form of ADR, must participate in an
ADR phone conference and may not file this form. They must instead file a Notice of Need for
ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
      Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:  April 29,2008
      ✓ the presumptive deadline *(The deadline is 90 days from the date of the order
      referring the case to an ADR process unless otherwise ordered.)*

      other requested deadline _____

Dated: 1/29/08

Dated: 01/29/08

_____
Attorney for Plaintiff

_____
Attorney for Defendant

[PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
Non-binder Arbitration
Early Neutral Evaluation (ENE)
Mediation
Private ADR

Deadline for ADR session
90 days from the date of this order.
Other

IT IS SO ORDERED.

Dated:_____                    _____
                                          UNITED STATES DISTRICT JUDGE