UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KRISTEN HARRIS

        Plaintiff(s),

v.

STANDARD INSURANCE COMPANY;
HOMESTORE.COM, INC. GROUP LONG
TERM DISABILITY INSURANCE PLAN

        Defendant(s).

CASE NO. C 07-05330 JSW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

    **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

    **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 1-28-08

                                                        */s/ Julia K. Bolt*
                                                        [Party] Standard Ins. Co.

Dated: 1-28-08

                                                         */s/ Cindy Booth*
                                                          [Counsel]