Glenn R. Kantor, Esq. State Bar No. 122643
E-mail: gkantor@kantorlaw.net
**KANTOR & KANTOR, LLP**
17216 Parthenia Street
Northridge, CA 91325
(818) 886-2525 (TEL)
(818) 350-6272 (FAX)

Michelle Lee Roberts, Esq. - State Bar No. 239092
e-mail: michellerobertslaw@gmail.com
**ATTORNEY AT LAW**
353 Scott Street, #3
San Francisco, CA 94117
Telephone: (415) 595-1810
Facsimile: (510) 686-5722

Attorneys for Plaintiff,
**KRISTEN HARRIS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - San Francisco

| | |
|---|---|
| KRISTEN HARRIS,<br><br>             Plaintiff,<br><br>     VS.<br><br>STANDARD INSURANCE COMPANY; HOMESTORE.COM, INC. GROUP LONG TERM DISABILITY INSURANCE PLAN,<br><br>             Defendants. | CASE NO: C 07-5330 JSW<br><br>**NOTICE OF ASSOCIATION OF COUNSEL** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT attorney, Michelle L. Roberts, hereby appears as an additional attorney of record together with other attorneys of record on behalf of the plaintiff in the above-captioned case.

DATED: February 8, 2008                              MICHELLE L. ROBERTS
                                                                           ATTORNEY AT LAW


                                                                           s/Michelle L. Roberts
                                                                           Michelle L. Roberts
                                                                           Attorneys for Plaintiff
                                                                           Kristen Harris

1