# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**           **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: February 8, 2008           **Court Reporter**: Jim Yeomans


**CASE NO. C-07-5330 JSW**

**TITLE:** Kristen Harris v. Standard Insurance Company


**COUNSEL FOR PLAINTIFF:**           **COUNSEL FOR DEFENDANT:**


**PROCEEDINGS:** Initial Case Management Conference


**RESULTS:**  The parties have selected court-connected mediation which shall be completed by 6-9-08.

Last day to file a motion re: scope of discovery: 6-2-08.

If the parties file cross-motions for summary judgment they shall meet and confer and agree to a briefing schedule whereby:

**One party files opening brief which shall be due: 10-17-08**
**Other party files its opposition and cross-motion which shall be due: 10-31-08**
**Reply and Opposition to cross-motion due: 11-14-08**
**Reply in support of cross-motion due: 11-21-08**

**Hearing on cross-motions for summary judgment: 12-12-08 at 9:00 a.m.**
**Further CMC: 12-12-08 at 9:00 a.m.**
**Joint CMC statement due: 12-5-08**


**cc: ADR**