1 | Shawn Hanson (State Bar No. 109321)
shanson@jonesday.com
2 | Katherine S. Ritchey (State Bar No. 178409)
ksritchey@jonesday.com
3 | Emily E. Booth (State Bar No. 248008)
ebooth@jonesday.com
4 | JONES DAY
555 California Street, 26th Floor
5 | San Francisco, CA  94104
Telephone:     (415) 626-3939
6 | Facsimile:     (415) 875-5700

7 | Attorneys for Defendants
STANDARD INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KRISTEN HARRIS,** | Case No. C 07 5330 JSW |
| **Plaintiff,** | **STIPULATION AND [PROPOSED] ORDER SELECTING PRIVATE MEDIATION** |
| v. | |
| **STANDARD INSURANCE COMPANY; HOMESTORE.COM, INC. GROUP LONG TERM DISABILITY INSURANCE PLAN,** | Judge:  The Honorable Jeffrey S. White |
| **Defendants.** | |

WHEREAS, the parties desire to opt out of the Court appointed mediation program and to pursue private mediation with a mediator with greater ERISA experience.  The parties have scheduled private mediation before Martin Quinn on April 29, 2008;

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant through their respective counsel of record that the parties will pursue private mediation rather than participate in the Court's program.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: February 21, 2008 | Respectfully submitted, |
| 2 | | Jones Day |
| 3 | | |
| 4 | | By:  /s/ Emily E. Booth |
| 5 | |      Emily E. Booth |
| 6 | | Counsel for Defendant<br>STANDARD INSURANCE COMPANY |
| 7 | Dated: February 21, 2008 | Kantor & Kantor, LLP |
| 9 | | By:   /s/ Glenn R. Kantor |
|   | |       Glenn R. Kantor |
| 11 | | Counsel for Plaintiff<br>Kristen Harris |

SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

 /s/ Emily E. Booth

Emily E. Booth
Counsel for Defendant
STANDARD INSURANCE COMPANY

IT IS SO ORDERED.

Dated: February ___, 2008

By:_____
The Honorable Jeffrey S. White
United States District Court Judge