1  Glenn R. Kantor, Esq. State Bar No. 122643
    E-mail: gkantor@kantorlaw.net
2  KANTOR & KANTOR, LLP
   17216 Parthenia Street
3  Northridge, CA 91325
   (818) 886-2525 (TEL)
4  (818) 350-6272  (FAX)

5  Michelle L. Roberts, State Bar No. 239092
    Email: mlr@ssrlawgroup.com
6  SPRINGER-SULLIVAN & ROBERTS LLP
   410 - 12th Street, Suite 325
7  Oakland, CA 94607
   Tel:  510.992.6130
8  Fax: 510.280.7564

9  *Attorneys for Plaintiff*

10

                IN THE UNITED STATES DISTRICT COURT
11             FOR THE NORTHERN DISTRICT OF CALIFORNIA
                      SAN FRANCISCO DIVISION
12

13 KRISTEN HARRIS,                        )   Case No. C 07-5330 JSW
                                          )
               Plaintiff,                 )
14                                        )
                                          )   **NOTICE OF FIRM NAME AND**
        VS.                               )   **ADDRESS CHANGE**
15                                        )
                                          )
   STANDARD INSURANCE COMPANY;            )
16 HOMESTORE.COM, INC. GROUP LONG         )
   TERM DISABILITY INSURANCE PLAN,        )
17                                        )
                                          )
               Defendants.                )
18                                        )
                                          )
19 _____    )

   TO THE COURT AND ALL PARTIES OF RECORD:
20
        Please take notice that effective immediately, Michelle L. Roberts is now associated with
21
   the law firm of Springer-Sullivan & Roberts LLP located at 410 - 12th Street, Suite 325, Oakland,
22
   CA 94607.  The telephone number is (510) 992-6130 and the fax number is (510) 280-7564.
23

24 Dated: April 8, 2008                        Respectfully submitted,

25                                             SPRINGER-SULLIVAN & ROBERTS LLP

26

27                                  By:        _____
                                               Michelle L. Roberts
28                                             *Attorneys for Plaintiff*