1  Glenn R. Kantor, Esq. State Bar No. 122643
    E-mail: gkantor@kantorlaw.net
2  **KANTOR & KANTOR, LLP**
   17216 Parthenia Street
3  Northridge, CA 91325
   Telephone: (818) 886-2525
4  Facsimile: (818) 350-6272

5  Michelle L. Roberts, State Bar No. 239092
    E-mail: mlr@ssrlawgroup.com
6  **SPRINGER-SULLIVAN & ROBERTS LLP**
   410 - 12th Street, Suite 325
7  Oakland, CA 94607
   Telephone: (510) 992-6130
8  Facsimile: (510) 280-7564
   **Attorneys for Plaintiff,**
9  **KRISTEN HARRIS**

10

11 Shawn Hanson (State Bar No. 109321)
    E-mail: shanson@jonesday.com
12 Katherine S. Ritchey (State Bar No. 178409)
    E-mail: ksritchey@jonesday.com
13 Emily E. Booth (State Bar No. 248008)
    E-mail: ebooth@jonesday.com
14 **JONES DAY**
   555 California Street, 26th Floor
15 San Francisco, CA 94104
   Telephone: (415) 626-3939
16 Facsimile: (415) 875-5700
   **Attorneys for Defendant**
17 **STANDARD INSURANCE COMPANY**

18

19                    UNITED STATES DISTRICT COURT

20              NORTHERN DISTRICT OF CALIFORNIA - San Francisco

21

| 22 | KRISTEN HARRIS, | ) | CASE NO: C 07-5330 JSW |
|---|---|---|---|
| 23 | Plaintiff, | ) | |
| 24 | VS. | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING DISCOVERY CUT-OFF DATE |
| 25 | STANDARD INSURANCE COMPANY; HOMESTORE.COM, INC. GROUP LONG TERM DISABILITY INSURANCE PLAN, | ) | Discovery Cut-Off: 6/2/2008 |
| 26 | | ) | Proposed New Date: 7/07/08 |
| 27 | Defendants. | ) | |
| 28 | | ) | |

1  The parties hereby submit the following Stipulation and Proposed Order to the
2  Court:
3  The Discovery Cut-Off in this matter is currently set for June 2, 2008. The
4  Plaintiff has propounded discovery, which the Defendants believe is beyond the
5  scope permitted by ERISA. However, the parties are scheduled to participate in a
6  private mediation on April 29, 2008. The parties believe they will be able to have
7  meaningful settlement discussions, and further believe the matter is more likely to
8  settle if the attorneys' fees which would be incurred by Defendants in objecting to,
9  and potentially responding to the discovery, and participating in depositions, were
10 rather directed towards settlement of the matter.
11 Based thereon, and good cause appearing, the parties stipulate and agree,
12 subject to the Court's approval, to continue the discovery cut-off date in this case
13 until July 15, 2008. All discovery which has been served by the Plaintiff will be
14 deemed to have been served the day after the scheduled April 29, 2008, mediation.

DATED: April 15, 2008

KANTOR & KANTOR, LLP

BY _____
Glenn R. Kantor
Attorneys for Plaintiff

DATED: April 15, 2008

JONES DAY

BY _____
Katherine S. Ritchey
Emily E. Booth
Attorneys for defendants

**ORDER**

Having read and considered the parties' Stipulation and good cause appearing therefore, it is hereby ordered that the discovery cut-off date in this case is continued from its current date of June 2, 2008, until July 15, 2008. All discovery which has been served by the Plaintiff will be deemed to have been served the day after the scheduled April 29, 2008, mediation.

DATED: April 17, 2008

_____
The Honorable Jeffrey S. White
U.S. District Court Judge