1  Glenn R. Kantor, Esq. State Bar No. 122643
    E-mail: gkantor@kantorlaw.net
2  **KANTOR & KANTOR, LLP**
   17216 Parthenia Street
3  Northridge, CA 91325
   Telephone:  (818) 886-2525
4  Facsimile:  (818) 350-6272

5  Michelle L. Roberts, State Bar No. 239092
    E-mail: mlr@ssrlawgroup.com
6  **SPRINGER-SULLIVAN & ROBERTS LLP**
   410 - 12th Street, Suite 325
7  Oakland, CA 94607
   Telephone: (510) 992-6130
8  Facsimile: (510) 280-7564
   **Attorneys for Plaintiff,**
9  **KRISTEN HARRIS**

10

11 Shawn Hanson (State Bar No. 109321)
    E-mail:  shanson@jonesday.com
12 Katherine S. Ritchey (State Bar No. 178409)
    E-mail:  ksritchey@jonesday.com
13 Emily E. Booth (State Bar No. 248008)
    E-mail:  ebooth@jonesday.com
14 **JONES DAY**
   555 California Street, 26th Floor
15 San Francisco, CA  94104
   Telephone:  (415) 626-3939
16 Facsimile:   (415) 875-5700
   **Attorneys for Defendant**
17 **STANDARD INSURANCE COMPANY**

18

19                    UNITED STATES DISTRICT COURT

20              NORTHERN DISTRICT OF CALIFORNIA - San Francisco

21

| 22 | KRISTEN HARRIS, | CASE NO: C 07-5330 JSW |
|---|---|---|
| 23 | Plaintiff, | |
| 24 | VS. | STIPULATION AND ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE |
| 25 | STANDARD INSURANCE COMPANY; HOMESTORE.COM, INC. GROUP LONG TERM DISABILITY INSURANCE PLAN, | |
| 26 | | |
| 27 | | |
| 28 | Defendants. | |

1

1  IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants by
2  and through their respective counsel of record, that this action shall be dismissed with
3  prejudice.

5  DATED: October 14, 2008                    KANTOR & KANTOR, LLP

7  *s/ Glenn R. Kantor*
   Glenn R. Kantor
   Attorneys for Plaintiff

9  DATED: October 14, 2008                    JONES DAY

11  *s/ Emily E. Booth*
    Katherine S. Ritchey
12  Emily E. Booth
    Attorneys for defendants

### ***ORDER***

Pursuant to the stipulation of the parties, the above entitled action is dismissed with prejudice.

DATED: October 14, 2008

_____
The Honorable Jeffrey S. White
U.S. District Court Judge

2